UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual ; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JEFF MOSS, an individual; and DEF CON COMMUNICATIONS, INC., a Washington corporation;<br><br>Defendant - Appellee. | 9th Cir. No. 25-3754<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: 6/24/2025

*TDBuck*
Ted Buck, WSBA #22029
Attorney for Appellant

s/ David Perez
David A. Perez, WSBA # 43959

Attorney for Appellee