

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER J. HADNAGY and SOCIAL ENGINEER, LLC, a Pennsylvania limited liability company, Plaintiffs - Appellants, v. JEFF MOSS and DEF CON COMMUNICATIONS, INC., a Washington corporation, Defendants - Appellees. | No. 25-3754 D.C. No. 2:23-cv-01932-BAT Western District of Washington, Seattle ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator